cared for since the sale, their value would have improved with lapse of time, coupled with testimony of plaintiff that the rugs had been well cared for, *held*, taken as a whole, sufficient to establish the fair cash market value of the rugs at the time when they were lost.

5. CARRIERS, § 139*—*when evidence sustains judgment for goods lost.* In an action to recover the value of certain rugs lost by defendant while hauling household goods from Glenwood to Chicago under contract with plaintiff, a verdict for plaintiff *held* sustained by the evidence.

---

## Harriette L. Cowin, Defendant in Error, v. Arctic Fur Shop, Plaintiff in Error.

### Gen. No. 20,125. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed November 15, 1916.

### Statement of the Case.

Action by Harriette L. Cowin, plaintiff, against the Arctic Fur Shop, a corporation, defendant, in the Municipal Court of Chicago, to recover for breach of a contract of employment. To reverse a judgment for plaintiff for $200, defendant prosecutes a writ of error. Defendant contracted to employ plaintiff as a milliner for six months, but discharged her before the expiration of such period, claiming that she refused to obey orders and was guilty of improper conduct towards defendant's customers.

SAMUEL J. RICHMAN, for plaintiff in error.

HENRY ROTH, for defendant in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

## Abstract of the Decision.

MASTER AND SERVANT, § 84*—*when evidence sustains judgment for wages.* In an action to recover for breach of a contract whereby defendant agreed to employ plaintiff as a milliner for a named period, but discharged her prior to the expiration of such period, where defendant claimed that the discharge was justified, evidence *held* to sustain a judgment for plaintiff.

---

## Charles M. Weber, Defendant in Error, v. Henry C. Krueger, Plaintiff in Error.

### Gen. No. 21,196.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Affirmed. Opinion filed November 15, 1916.

## Statement of the Case.

Action by Charles M. Weber, plaintiff, against Henry C. Krueger, defendant. in the Municipal Court of Chicago, to recover commissions as a real estate broker for obtaining a purchaser for defendant's property. To reverse a judgment for plaintiff· for $83.75, defendant prosecutes this writ of error.

OTTO C. RENTNER, for plaintiff in error.

JOHN C. LEWE and FREDERICK SASS, for defendant in error.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.